| PROB 22<br>(Rev. 2/88) | FILED<br>CLERK, U.S. DISTRICT COURT<br>01/06/2022<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: ___AP___ DEPUTY | DOCKET NO. (Trans Court)<br>3:19CR00266-001-**MO** |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NO. (Rec. Court)<br>5:22-cr-00004-JGB |

| NAME OF PROBATIONER/SUPERVISED RELEASEE<br><br>ANTHONY DAI TRAN | DISTRICT<br>Oregon | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>The Honorable Michael W. Mosman | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>4/19/21 | TO<br>4/18/24 |

OFFENSE

Conspiracy to Distribute and Possess with the Intent to Distribute a Controlled Substance; 21 U.S.C. § 841(a)(1), 841(b)(1)(C) and 846

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the U.S. District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

12/16/2021    *Michael W. Mosman*
Effective Date    United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

01/05/2022    [signature]
Effective Date    United States District Judge